FILED
CLERK, U.S. DIST...
SEP 14 2007
CENTRAL DISTRICT...
BY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RUBEN LOPEZ PINEDA, <br><br> Defendant. | NO.: 07-1536 M <br><br> ORDER OF DETENTION AFTER HEARING <br> (18 U.S.C. § 3142(i)) |

I.

A. ( ) On motion of the Government involving an alleged

    1.( ) crime of violence;

    2.( ) offense with a maximum sentence of life imprisonment or death;

    3.( ) narcotic or controlled substance offense with a maximum sentence of ten or more years;

    4.( ) felony - the defendant has been convicted of two or more prior offenses described above.

Deten.ord

B.   On motion (X) by the Government/( ) by the Court <u>sua sponte</u> involving:

1. (X)   a serious risk that defendant will flee;
2. ( )   a serious risk that defendant will
   a. ( )   obstruct or attempt to obstruct justice;
   b. ( )   threaten, injure or intimidate a prospective witness or juror or attempt to do so.

C.   The Government ( ) is/( ) is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety of any person or the community.

## II.

The Court finds that no condition or combination of conditions will reasonably assure:

A.   (X)   the appearance of the defendant as required;

and/or

B.   (X)   the safety of any person or the community.

## III.

The Court has considered:

A.   (X)   the nature and circumstances of the offenses;
B.   (X)   the weight of evidence against the defendant;
C.   (X)   the history and characteristics of the defendant;
D.   (X)   the nature and seriousness of the danger to any person or the community.

Deten.ord                                                2

IV.

The Court has considered all the evidence adduced at the hearing, the argument or statements of counsel, and the Report of Pre-Trial Services.

V.

The Court finds that:

A. (X) The defendant poses a risk to the safety of other persons or the community because: _of his extensive criminal history._

B. (X) The history and characteristics of the defendant indicate a serious risk that the defendant will flee because: _he has four prior deportations from the U.S., is a citizen of Mexico, and is alleged to be present illegally in the U.S._

C. ( ) A serious risk exists that the defendant will:

   1. ( ) obstruct or attempt to obstruct justice;
   2. ( ) threaten, injure or intimidate a witness or juror;
   3. ( ) attempt to threaten, injure or intimidate a witness or juror;

   because: _____

Deten.ord                           3

1     D.  ( )  The defendant has not rebutted by sufficient evidence
2                 to the contrary the presumption provided in 18 U.S.C.
3                 § 3142(e).

**IT IS ORDERED** that the defendant be detained prior to trial.

**IT IS FURTHER ORDERED** that the defendant be confined as far as practicable in a corrections facility separate from persons awaiting or serving sentences or persons held pending appeal.

**IT IS FURTHER ORDERED** that the defendant be afforded reasonable opportunity for private consultation with counsel.

DATED: September 14, 2007

_____
MARGARET A. NAGLE
United States Magistrate Judge

Deten.ord                                     4